991 A.2d 227

MEDFORD TOWNSHIP BOARD OF EDUCATION, PLAINTIFF–
RESPONDENT, v. MEDFORD EDUCATION ASSOCIATION
AND JAMES BAPTISTE, DEFENDANTS–PETITIONERS.

September 8, 2009.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Mount Holly Township Board of Education v. Mount Holly Township Education Association*, 199 *N.J.* 319, 972 *A.*2d 387 (2009).

991 A.2d 228

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES, PLAINTIFF–RESPONDENT, v.
W.L., DEFENDANT–PETITIONER.

IN THE MATTER OF THE GUARDIANSHIP OF S.M.T., MINOR.

March 11, 2010.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Family Part, for reconsideration of whether, in light of changed circumstances, the judgment terminating parental rights should be vacated or otherwise modified.

991 A.2d 228

RAJESHWAR SINGH YADAV, ET AL., PLAINTIFFS–
PETITIONERS, v. WEST WINDSOR TOWNSHIP,
DEFENDANT–RESPONDENT.

March 18, 2010.

Denied.